**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00704-CR

**LIONEL EUGENE MCALISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-82326-2018**

## ORDER

Before the Court is appellant's January 31, 2020 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **MARCH 3, 2020**. If appellant's brief is not filed by March 3, 2020, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE